IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

LUCIO M. PACHECO,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 2:19-cv-3083
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

On February 26, 2020 the Magistrate Judge issued a Report and Recommendation to the effect that the decision of the Commissioner of Social Security denying disability benefits for a closed period of years to Lucio Pacheco, should be **AFFIRMED**. Plaintiff timely filed an objection. For the reasons that follow, the Court **ADOPTS** the Report and Recommendation.

### I.

The plaintiff seeks disability benefits for a period of time between September 1, 2010 through November 3, 2015, at which time he returned to gainful employment. Following a remand from this Court, the Administrative Law Judge issued a decision denying benefits on March 5, 2019, which the plaintiff timely appealed.

The plaintiff objects to the Report and Recommendations contending that the Administrative Law Judge and the Magistrate Judge failed to provide the "good reason" required for the opinions of treating physicians to be rejected. *Cole v. Astrue*, 661 F.3d 931, 937 (6th Cir. 2011). Both the Administrative Law Judge and the Magistrate Judge made an extensive analysis of the opinions rendered by the treating physicians, the support or lack thereof found in medical testing, records and physical examinations contained in the record.

The undersigned is satisfied that good reason supports the conclusion reached by the Administrative Law Judge, as thoroughly discussed in the Report and Recommendation.

## II.

The Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. It is **ORDERED** that the decision of the Commissioner of Social Security denying disability benefits from September 1, 2010 through November 3, 2015 is **AFFIRMED**. This case is **DISMISSED**.

**IT IS SO ORDERED.**

9-28-2020
**Date**

_s/ Edmund A. Sargus, Jr._
**EDMUND A. SARGUS, JR., JUDGE**
**UNITED STATES DISTRICT COURT**